IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEITH ALEXANDER | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MR. FEENEY, et al. | : | NO. 14-889 |

## ORDER

AND NOW, this 16th day of April, 2014, upon consideration of plaintiff's *pro se* complaint and his various motions and requests, it is ORDERED that:

1. The complaint is DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

2. The Motion for Leave to File an Amended Complaint (Document No. 6) is GRANTED as follows. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Plaintiff shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED.

3. Plaintiff's requests for counsel (Document Nos. 9 & 11) are DENIED without prejudice.

4. Plaintiff's request for a subpoena of medical records (Document No. 10) is DENIED without prejudice.

5. Plaintiff' motion for an extension (Document No. 7) is DENIED as moot.

BY THE COURT:

C. DARNELL JONES, II, J.