IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEITH ALEXANDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MR. FEENEY, et al. | : | NO.  14-889 |

## ORDER

AND NOW, this 2nd day of May, 2014, upon consideration of plaintiff's *pro se* amended complaint (Document No. 18), it is ORDERED that:

      1.     Plaintiff's claims against the City of Philadelphia, Detective Arnaldo Puente, Assistant District Attorney Feeney, Judge Chris R. Wogan, District Attorney Seth Williams, Assistant District Attorney Robin Godfrey and Assistant District Attorney Hugh Burns are DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

      2.     The Clerk of Court shall remove "Commonwealth of Pennsylvania, Phila. County" as a defendant because that entity was not named as a defendant in the amended complaint.

      3.     The Clerk of Court shall issue summonses for the remaining defendants.  Service of the summonses and the amended complaint is to be made upon the defendants by the U.S. Marshals Service in the event that waiver of service is not effected under Fed. R. Civ. P. 4(d). To effect waiver of service the Clerk of Court is specially appointed to serve written waiver requests on the defendants.  The waiver of service requests shall be accompanied by copies of the amended complaint, and shall inform the defendants of the consequences of compliance and failure to comply with the requests.  The requests shall allow the defendants at least 30 days from

the date they are sent (60 days if addressed outside any judicial district of the United States) to return the signed waivers. If a signed waiver is not returned within the time limit given, the Clerk of Court shall transmit the summonses and a copy of the amended complaint to the U.S. Marshals Service for immediate service under Fed. R. Civ. P. 4(c), and a copy of this order is to be directed to all remaining parties.

4.       All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*). Service may be made by mail. Proof that service has been made is provided by a certificate of service. The certificate of service should be filed in the case along with the original papers and should show the day and manner of service. An example of a certificate of service by mail follows:

> "I, (name), do hereby certify that a true and correct
> copy of the foregoing (name of pleading or other paper)
> has been served upon (name(s) of person(s) served) by
> placing the same in the U.S. mail, properly addressed,
> this (day) of (month), (year).
>
> _____
> (Signature)"

5.  Any request for court action shall be set forth in a motion, properly filed and served. The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court. The Federal Rules of Civil Procedure and local rules are to be followed. Plaintiff is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days. Failure to do so may result in dismissal of this action.

6.       Plaintiff is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing

discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute." Plaintiff shall attempt to resolve any discovery disputes by contacting defendant's counsel directly by telephone or through correspondence.

7.    No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

8.    In the event the summons is returned unexecuted, it is plaintiff's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the defendant's correct address, so service can be made.

9.    The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

BY THE COURT:

_____

C. DARNELL JONES, II, J.